(July 25, 1978)

◼ JACKIE S. PULCINI, Petitioner, v FRANCIS J. VOGT, as Acting Supreme Court Justice, et al., Respondents.—Proceeding commenced in this court pursuant to CPLR article 78, to review order of respondent Vogt, entered July 10, 1978, which disqualified attorney Stephen Herrick from further representation of petitioner, a witness, until final disposition of the criminal action in *People v Keegan.* Although it would appear that the subject order is of questionable validity in view of the informed consent to the representation arrangement by both petitioner and defendant Keegan *(People v Gomberg,* 38 NY2d 307, 313-314), we are of the opinion that the error, if any, does not amount to a gross abuse of power requiring or permitting summary correction in a collateral proceeding (see, e.g., *La Rocca v Lane,* 37 NY2d 575, 580). The petition, therefore, must be dismissed. Mahoney, P. J., Greenblott, Sweeney, Kane and Herlihy, JJ., concur.